**CONFIDENTIAL**

TO:       Mr. Michael Wayne Brewer
          c/o PMB #374
          18942-F State Highway 13
          Branson West 65737
          MISSOURI, USA

FROM:     Paul Andrew Mitchell, B.A., M.S.
          Private Attorney General

DATE:     December 12, 2002 A.D.

SUBJECT:  FIRST NOTICE AND DEMAND BY WITNESS BREWER
          FOR MANDATORY JUDICIAL NOTICE, USDC ~~#1:02:MC:74~~  1:02mc78

Dear Mr. Brewer:

I received in today's U.S. Mail a copy of the document described above.

I must stress, at the outset, that you are emphatically <u>not</u> my client, and I am emphatically <u>not</u> your Counsel, appearances to the contrary notwithstanding.

I have never spoken with you on the telephone;  I have never corresponded with you via U.S. Mail or via electronic email;  and, I have never even met you.

<u>I have no contract with you to assist you in any capacity whatsoever.</u>

However, the above document lists my name on your PROOF OF SERVICE and also on page 3 of your LEGAL NOTICE AND DEMAND FOR EXHIBITION OF APPLICATION, both of which are dated December 11, 2002 A.D.

Your NOTICE AND DEMAND also states that you have conferred with a qualified Private Attorney General.  Because this document appears to be nearly identical in form and content to a similar document which I helped your associate, Janet Mavis Marcusse, prepare and execute, I am forced to conclude that I am the Private Attorney General to whom your documents refer.

<u>I never conferred with you in the case described above.</u>

Therefore, kindly inform all parties listed on your PROOF OF SERVICE that you were mistaken for having stated, under penalty of perjury, that you have conferred with me in the matter of case #1:02:MC:74 *supra*.

Please be aware that filing false documents in a federal court can constitute a violation of 18 U.S.C. 1001 (a felony).

Thank you, Mr. Brewer, for clarifying this mistake immediately.

```
 1    Sincerely yours,
 2
 3
 4    /s/ Paul Mitchell
 5
 6    Paul Andrew Mitchell, B.A., M.S.
 7    Private Attorney General
 8
 9    copy:   Janet Mavis Marcusse
10
11          ✓ Clerk of Court and
12            Deputy Clerk of Court
13            United States District Court
14            110 Michigan Avenue
15            Grand Rapids 49503
16            MICHIGAN, USA
```